IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

YAZMIN K. RIVERA CLASS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV409-191
 )
MRS. MARGARET HILLIS and )
CHATHAM APARTMENTS, )
 )
    Defendants. )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections[1] have been filed (Docs. 7, 8). After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion with the following modification: Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 28th day of January, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In her objections, Plaintiff appears to be asserting that she is being discriminated against on the basis of some mental handicap. (Doc. 7 at 1,3.) Even so, her Complaint falls woefully short of the liberal pleading requirements afforded pro se litigants.